FILED
MAR 06 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge Rowland
Magistrate Judge Kim
RANDOM/CAT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL DEGANTE,<br>aka "Lil Diablo" | Violations: Title 18, United States Code, Sections 922(a)(1)(A) and 922(o) |

### COUNT ONE

The SPECIAL OCTOBER 2022 GRAND JURY charges:

On or about June 29, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

DANIEL DEGANTE, aka "Lil Diablo,"

defendant herein, did knowingly possess and transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), namely a machinegun conversion device, also known as an "auto sear" and "Glock switch," a part designed solely and exclusively for use in converting a weapon into a machinegun;

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The SPECIAL OCTOBER 2022 GRAND JURY further charges:

Beginning no later than June 25, 2023, and continuing until on or about December 19, 2023, in Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DANIEL DEGANTE, aka "Lil Diablo,"

defendant herein, not being a licensed dealer within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms;

In violation of Title 18, United States Code, Section 922(a)(1)(A).

A TRUE BILL:

_____

FOREPERSON

_____
signed by Sarah Streicker on behalf of the
ACTING UNITED STATES ATTORNEY