UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL DEGANTE | No. 24 CR 120<br><br>Judge Mary M. Rowland |

**JOINT STATUS REPORT**

The United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and defendant DANIEL DEGANTE, by his attorneys DENNIS DOHERTY and STEVEN PICK, hereby jointly submit this status report pursuant to the Court's minute order at Dkt. 11.

1. Defendant was charged by indictment with knowingly possessing a machinegun, in violation of 18 U.S.C. § 922(o) (Count One), and unlawful dealing of firearms, in violation of 18 U.S.C. § 922(a)(1)(A). Dkt. 1. Defendant entered a plea of not guilty and was released on bond. Dkt. 6 (Arraignment); Dkt. 13 (Order Setting Conditions of Release).

2. Since defendant's arraignment, the government has produced all relevant substantive discovery to defense counsel. The discovery produced by the government consists of law enforcement and arrest reports, video and audio recordings of controlled gun purchases, subpoena returns, and materials obtained from a social media website via search warrant.

3. At present, defendant is not prepared to request a change of plea or trial date. Defendant requests additional time to enable defense counsel to review

1

discovery, assess the filing of any non-boilerplate pre-trial motions, and determine the direction of this case. Accordingly, the parties request another status hearing in approximately 60 days.

4. The parties do not object to the continued exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), through the date of the next status hearing.

Date: April 25, 2024

                                      Respectfully submitted,

                                      MORRIS PASQUAL
                                      Acting United States Attorney

By:   */s/ **Brandon D. Stone***
       BRANDON D. STONE
       Assistant United States Attorney
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 613-9700